UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Dkt. No: 1: 20-cr-10222-RGS |
| ) | |
| PHILIP RAYMOND ) | |
| ) | |

## ASSENTED-TO MOTION TO FILE EXHIBITS TO SENTENCING MEMORANDUM UNDER SEAL AND TO FILE PARTIALLY REDACTED MEMORANDUM

The Defendant, Philip Raymond, hereby moves, to file the supporting exhibits to his sentencing memorandum under seal, and to partially redact his sentencing memorandum in accordance therewith. As grounds, counsel states that the exhibits implicate privacy concerns and they should not be part of the public record.

Counsel has conferred with Assistant United States Attorney Anne Paruti and she assents to this motion.

Respectfully submitted,
PHILIP RAYMOND
By His Attorney,

*/s/ Sandra Gant*
Sandra Gant
BBO #: 680122
Federal Defender Office
**Temporary Mailing Address:**
P.O. Box 51268
Boston, MA 02205
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 6, 2022.

*/s/ Sandra Gant*
Sandra Gant